**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **JONATHAN JONES, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| **vs.**  No. 4:19-cv-105-BSM | |
| **JHOOK INVESTMENTS, INC., JEFF HOOKER and IVY HALL, INC.** | **DEFENDANTS** |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE
TO MOTION TO DECERTIFY FLSA COLLECTIVE ACTION**

Come now the Defendants, JHook Investments, Inc., Jeff Hooker, and Ivy Hall, Inc., ("Defendants"), by and through their counsel, Gill Ragon Owen, P.A., and for their Motion for Leave to File Reply, state as follows:

1. On February 10, 2020, Defendants filed a Motion to Decertify the Conditionally Certified FLSA Collective Action. Dkt. # 37.

2. On February 24, 2020, Plaintiff filed a Response to Motion to Decertify FLSA Collective Action. Dkt. # 42.

3. Defendants request leave to serve and file a reply brief to further support their Motion and to allow it the opportunity to address the arguments raised in Plaintiff's Response.

4. A copy of Defendants' proposed reply brief is attached hereto as **Exhibit 1**.

5. If granted leave, Defendants will file its reply brief on or before March 4, 2020, or as otherwise directed by the Court.

6. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendants, JHook Investments, Inc., Jeff Hooker, and Ivy Hall, Inc., respectfully request that the Court grant them leave to serve and file a reply in further support of their Motion, and for all other relief to which it is entitled.

Dated: February 27, 2020.

                                              Respectfully submitted,

                                              Danielle W. Owens
Ark. Bar No. 2009192
Dylan H. Potts
Ark. Bar No. 2001258
Attorneys for Defendants
GILL RAGON OWEN, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
(501) 372-3359 (fax)
dowens@gill-law.com
potts@gill-law.com