**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JONATHAN JONES, Individually and on**                                           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                                       No. 4:19-cv-105-BSM

**JHOOK INVESTMENTS, INC.,**                                               **DEFENDANTS**
**JEFF HOOKER and IVY HALL, INC.**

## MOTION FOR SANCTIONS AND DISMISSAL OF OPT-IN PLAINTIFF, JOSHUA SAUERWIN

COME NOW Defendants, JHook Investments, Inc. ("JHook"), Jeff Hooker and Ivy Hall, Inc. (collectively, "Defendants"), by and through their attorneys, Gill Ragon Owen, P.A., and for their Motion for Sanctions and Dismissal of Opt-In Plaintiff, Joshua Sauerwin, pursuant to Rule 37 of the Federal Rules of Civil Procedure, state and allege:

1. On February 8, 2019, Plaintiff, Jonathan Jones ("Jones" or "Plaintiff"), individually and on behalf of others similarly situated, brought this action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. (the "FLSA") and the overtime provisions of the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq*. (the "AMWA"). *See* Dkt. #1, ¶ 52.

2. On October 31, 2019, the Court entered an Order Granting Plaintiff's Motion for Conditional Certification, conditionally certifying this case as a collective action under the FLSA and granting Plaintiff the right to send notice to members of the conditionally certified group. *See* Dkt. # 17.

3. On March 2, 2020, Opt-In Plaintiff, Joshua Sauerwin ("Sauerwin") filed a

Consent to Join Collective Action. *See* Dkt. # 45.

4. On April 16, 2020, Defendants served Sauerwin, through his counsel, with a Notice of Deposition pursuant to Rule 30 of the Federal Rules of Civil Procedure, notifying Sauerwin that his deposition was scheduled to occur on April 24, 2020, at his attorneys' law firm. A copy of the Notice of Deposition is attached hereto as **Exhibit 1** and incorporated herein by reference.

5. Despite being properly noticed, Sauerwin failed to appear for his deposition for no apparent reason. A copy of the deposition transcript making a record of same is attached hereto as **Exhibit 2** and incorporated by reference herein.

6. The timely service of the Notice of Deposition and efforts to coordinate the scheduling of Sauerwin's deposition at a mutually agreeable time constitute a good faith attempt to confer with Plaintiffs' counsel regarding the taking of Sauerwin's deposition in accordance with Local Rule 7.2(g).

7. Federal Rule of Civil Procedure 37(d) allows the Court to, among other sanctions, dismiss an action if a party fails to appear for his or her deposition. *Jones v. Forrest City Grocery, Inc.*, No. 4:06-cv-00944-BSM, 2008 U.S. Dist. LEXIS 40939, *3 (E.D. Ark. May 21, 2008).

8. In addition to dismissal, "the court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, cased by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(d)(3).

9. Here, dismissal of Sauerwin as a plaintiff in this action is an appropriate remedy for his failure to appear for his properly noticed deposition and Defendants are entitled to an

award of reasonable costs and attorneys' fees for work associated with noticing Sauerwin for his deposition, preparing for his deposition and preparing this Motion. Defendants will provide an itemization of costs and fees at the Court's request.

WHEREFORE, Defendants, JHook Investments, Inc., Jeff Hooker and Ivy Hall, Inc., respectfully request that the Court enter an order granting this Motion, dismissing Joshua Sauerwin's claims with prejudice, awarding Defendants their costs and fees associated with noticing Sauerwin's deposition, preparing for said deposition and preparing this Motion, and for all other just and proper relief to which they are entitled.

Dated: May 28, 2020.

Respectfully submitted,

Danielle W. Owens
Ark. Bar No. 2009192
Dylan H. Potts
Ark. Bar No. 2001258
Attorneys for Defendants
GILL RAGON OWEN, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
(501) 376-3800
(501) 372-3359 (fax)
dowens@gill-law.com
potts@gill-law.com