IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JONATHAN JONES, individually and**      **PLAINTIFF**
**on behalf of all others similarly situated**

**v.**       **CASE NO. 4:19-CV-00105 BSM**

**JHOOK INVESTMENTS, INC. and**
**JEFF HOOKER**      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE